UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

NICHOLAS EVANGELISTA,

     Plaintiff,                       **COMPLAINT**

     - against –                **JURY TRIAL DEMANDED**

AMAZON.COM SERVICES, LLC,

     Defendant.

_____/

Plaintiff Nicholas Evangelista, through undersigned counsel, and pursuant to all applicable Federal Rules of Civil Procedure, hereby files this Complaint and alleges against Defendant, Amazon.com Services, LLC ("Amazon") and alleges as follows.

## General Allegations

1. This Court has jurisdiction over the subject matter presented by this Complaint pursuant to 28 U.S.C. 1332 (a)(1) because the amount in controversy exceeds $75,000.00, exclusive of interest and costs, and diversity of citizenship exists between the parties.

2. Plaintiff, at all times material hereto is and was a citizen of the State of Pennsylvania.

3. That at all times material hereto, Defendant Amazon was and is a foreign corporation headquartered in Seattle, Washington.

4. Defendant Amazon is subject to the jurisdiction of this Court because it operates, conducts, engages in, or carries on a business or business venture within this State; caused injury to persons or property arising out of an act or omission it committed in the State; manufactures, processes or services products or materials which are used within this State in the ordinary course of commerce, trade, or use; or engages in substantial and not isolated activity within this State.

5.      Venue is proper under 28 U.S.C. § 1391 in that this is the judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated.

## FACTUAL BACKGROUND

6.      On or about December 17, 2025, Plaintiff purchased Savior Heat Heated Underwear for Men ("Heated Underwear").

7.      Upon information and belief, at all relevant times, Defendant Amazon is and was the designer, manufacturer, producer, distributor, vendor, seller of and/or marketing entity for the Heated Underwear.

8.      Upon information and belief, at all relevant times, Defendant Amazon tested and/or inspected the Heated Underwear in order to ensure that it was free from defects and safe for consumer use.

9.      The Heated Underwear is an electrical undergarment designed to be used under clothing to help keep the user warm.  The product is designed to heat up coils within the undergarment to help keep the user warm while in cold temperatures.

10.     On or about February 9, 2026, Plaintiff was using the Heated Underwear and followed instructions enclosed with the Heated Underwear.

11.     While using the Heated Underwear to keep warm while shoveling snow, it suddenly and without warning reached extreme heat, causing burns to Plaintiff.

12.     The Heated Underwear had not been misused and had not been modified post-sale before it failed.

13.     As a direct and proximate result of the Heated Underwear and the and its extreme heat, Plaintiff suffered severely painful and disfiguring burns to the body, and resulting pain and

suffering, discoloration and hyperpigmentation to the body, disability, mental anguish, embarrassment and humiliation, loss of capacity for the enjoyment of life, and medical and nursing care and treatment. The injuries are either permanent or continuing in nature, and Plaintiff will suffer the losses and impairment in the future.

## COUNT I – PRODUCTS/STRICT LIABILITY AGAINST AMAZON

14. Plaintiff realleges and readopts the allegations set forth in Paragraphs 1-13 as if fully set forth herein.

15. At all relevant times, Defendant Amazon was in the business of designing, manufacturing, inspecting, testing, distributing, selling and/or marketing Heated Underwear and did design, manufacture, inspect, test, distribute, sell and/or market the Heated Underwear giving rise to the subject Complaint.

16. The Heated Underwear failed to perform in a manner reasonably expected in light of its nature and intended function when it failed and caused severe injuries.

17. The Heated Underwear had not been misused post-sale before it failed.

18. The Heated Underwear was within its anticipated useful life when it failed.

19. The Heated Underwear failure was such that would not have occurred in the absence of a defect or unreasonably dangerous condition within it.

20. Specifically, the Heated Underwear was unreasonably dangerous and/or defective in that:

a. it was dangerous to an extent beyond that which would be contemplated by the ordinary consumer who purchases and/or uses it, with the ordinary knowledge common to the community as to its characteristics; and/or

b. a reasonably prudent manufacturer would not have put it on the market assuming that manufacturer knew of its dangerous condition.

3

21. That unreasonably dangerous condition and/or defect proximately caused severely painful and disfiguring burns and other injury to Plaintiff, and resulting pain and suffering, disability, mental anguish, embarrassment and humiliation, loss of capacity for the enjoyment of life, and medical and nursing care and treatment.

22. Therefore, Defendant Amazon is liable to Plaintiff for the aforementioned injuries caused by the defective Heated Underwear.

WHEREFORE, Plaintiff, demands judgment against Defendant, Amazon, for compensatory damages, court costs, and such other and additional relief as this Court may deem appropriate.

## COUNT II – NEGLIGENCE AGAINST AMAZON

23. Plaintiff realleges and readopts the allegations set forth in Paragraphs 1-13 as if fully set forth herein.

24. Defendant Amazon owed Plaintiff, as well as the public at large, the duty of reasonable care in designing, manufacturing, testing, inspecting, distributing, selling and/or marketing the Heated Underwear, and/or to adequately warn of dangers presented by the product's design.

25. Defendant Amazon knew, or in the existence of ordinary care, should have known, that the Heated Underwear was defective and unreasonably dangerous to those persons likely to use the product for the purpose and in the manner for which it was intended to be used.

26. Alternatively, Defendant Amazon knew, or in the exercise of ordinary care should have known, of the means of designing, manufacturing and/or marketing the Heated Underwear such that the type of incident and resulting injuries and damages as described herein would have been prevented.

27. Alternatively, Defendant Amazon had actual or constructive knowledge of the means of

designing a Heated Underwear that would not be inadequate and dangerous, and notwithstanding this knowledge, Defendant Amazon failed to adequately design, equip and/or manufacture the Heated Underwear.

28. Alternatively, Defendant Amazon negligently failed to give adequate or proper warnings or instructions, and/or failed to make appropriate post-marketing efforts to prevent known incidents, such as the one included herein.

29. Alternatively, Defendant Amazon failed to prudently design, manufacture, test, inspect, market and/or sell the Heated Underwear, and/or failed to include a reasonable and safer alternative to the subject defective condition.

30. As a direct and proximate result of Defendant Amazon's negligence, Plaintiff suffered severely painful and disfiguring burns and other injury to Plaintiff's body, and resulting pain and suffering, disability, mental anguish, embarrassment and humiliation, loss of capacity for the enjoyment of life, and medical and nursing care and treatment. The injuries are either permanent or continuing in nature, and Plaintiff will suffer the losses and impairment in the future.

WHEREFORE, Plaintiff, demands judgment against Defendant, Amazon, for compensatory damages, court costs, and such other and additional relief as this Court may deem appropriate.

## COUNT III – BREACH OF EXPRESS WARRANTY AGAINST AMAZON

31. Plaintiff realleges and readopts the allegations set forth in Paragraphs 1-13 as if fully set forth herein.

32. Defendant Amazon designed, manufactured, assembled, distributed, inspected, tested and/or sold the Heated Underwear.

33. Defendant Amazon expressly warranted that the Heated Underwear was safe for ordinary use when used in compliance with the instructions provided.

34. Defendant Amazon's affirmations regarding the safety of its product formed a basis of the bargain for Plaintiff without which Plaintiff would not have purchased and/or used the Heated Underwear.

35. The Heated Underwear did not conform to Defendant Amazon's affirmations regarding safety.

36. As a direct and proximate result of Defendant Amazon's breach of express warranties, Plaintiff suffered severely painful and disfiguring burns and other injury to Plaintiff's body, and resulting pain and suffering, disability, mental anguish, embarrassment and humiliation, loss of capacity for the enjoyment of life, and medical and nursing care and treatment. The injuries are either permanent or continuing in nature, and Plaintiff will suffer the losses and impairment in the future.

WHEREFORE, Plaintiff, demands judgment against Defendant, Amazon, for compensatory damages, court costs, and such other and additional relief as this Court may deem appropriate.

## COUNT IV – BREACH OF IMPLIED WARRANTY OF MERCHANTABILITY AGAINST AMAZON

37. Plaintiff realleges and readopts the allegations set forth in Paragraphs 1-13 as if fully set forth herein.

38. Defendant Amazon at all relevant times designed, manufactured, assembled, tested, inspected, distributed, marketed and/or sold the Heated Underwear.

39. Defendant Amazon impliedly warranted that the Heated Underwear was merchantable, fit for the ordinary purpose for which it was sold or used, was of fair average quality as to pass

without objection in the trade, and conformed to Defendant's own affirmations regarding the Heated Underwear's safety features and overall safe condition.

40.     Defendant Amazon breached their implied warranty of merchantability, as the product did not conform to Defendant's affirmations regarding the safety features and overall safe condition of the Heated Underwear, the Heated Underwear was not fit for the ordinary purpose for which it was sold or used, and/or was not of fair average quality so as to pass without objection in the trade.

41.     As a direct and proximate result of Defendant Amazon's breach of the implied warranty of merchantability, Plaintiff suffered severely painful and disfiguring burns and other injury to Plaintiff's body, and resulting pain and suffering, disability, mental anguish, embarrassment and humiliation, loss of capacity for the enjoyment of life, and medical and nursing care and treatment. The injuries are either permanent or continuing in nature, and Plaintiff will suffer the losses and impairment in the future.

WHEREFORE, Plaintiff, demands judgment against Defendant, Amazon, for compensatory damages, court costs, and such other and additional relief as this Court may deem appropriate.

### COUNT V – BREACH OF IMPLIED WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE AGAINST AMAZON

42.     Plaintiff realleges and readopts the allegations set forth in Paragraphs 1-13 as if fully set forth herein.

43.     Defendant Amazon designed, manufactured, assembled, tested, inspected, distributed, marketed and/or sold the Heated Underwear.

44.     In selling the Heated Underwear to Plaintiff, Defendant Amazon, through its agents, servants, employees, and apparent agents, acting within the scope of their employment,

authority, or apparent authority, made representations and promotions concerning the particular purpose to which Plaintiff would put the Heated Underwear to use and knew or should have known of the particular purpose to which Plaintiff would put the product to use. Defendant impliedly warranted that the product would be fit for such particular purpose.

45. Defendant Amazon breached its implied warranty of fitness for a particular purpose, as the Heated Underwear did not conform to Defendant Amazon' affirmations regarding its product being fit for such particular purpose. The Heated Underwear's malfunctioning safety features and overall unsafe condition rendered it unfit for that purpose.

46. As a direct and proximate result of Defendant Amazon's breach of the implied warranty of fitness for a particular purpose, Plaintiff suffered severely painful and disfiguring burns and other injury to Plaintiff's body, and resulting pain and suffering, disability, mental anguish, embarrassment and humiliation, loss of capacity for the enjoyment of life, and medical and nursing care and treatment. The injuries are either permanent or continuing in nature, and Plaintiff will suffer the losses and impairment in the future.

WHEREFORE, Plaintiff, demands judgment against Defendant, Amazon, for compensatory damages, court costs, and such other and additional relief as this Court may deem appropriate.

## COUNT VI – FAILURE TO WARN AGAINST AMAZON

47. Plaintiff realleges and readopts the allegations set forth in Paragraphs 1-13 as if fully set forth herein.

48. Defendant Amazon designed, manufactured, assembled, tested, inspected, distributed, marketed and/or sold the Heated Underwear.

49. On or about February 9, 2026, Plaintiff used the Heated Underwear in the manner

intended and/or foreseeably intended, when the Heated Underwear failed, exploded and/or otherwise caused injury to Plaintiff.

50.    Upon information and belief, the Heated Underwear was manufactured in a defective manner, was defectively designed, failed to have adequate and proper warnings or instructions, was not safe to be used for the purposes intended, and/or was inherently and/or unreasonably dangerous.

51.    Defendant Amazon knew or should have known of the dangerous nature of the Heated Underwear by virtue of its business, and/or knew or should have known of the need to provide adequate warnings concerning the use of the Heated Underwear.

52.    Defendant Amazon had a duty to provide reasonable warning of the danger involved in the use of the Heated Underwear and failed to provide the public, including Plaintiff, notice of the danger involved.

53.    As a direct and proximate result of the foregoing, Plaintiff suffered severely painful and disfiguring burns and other injury to Plaintiff's body, and resulting pain and suffering, disability, mental anguish, embarrassment and humiliation, loss of capacity for the enjoyment of life, and medical and nursing care and treatment. The injuries are either permanent or continuing in nature, and Plaintiff will suffer the losses and impairment in the future.

WHEREFORE, Plaintiff, demands judgment against Defendant, Amazon, for compensatory damages, court costs, and such other and additional relief as this Court may deem appropriate.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff demands judgment against Defendant Amazon.com Services, LLC as follows:

(a) for compensatory damages in an amount to be determined at trial;

(b) for pre-judgment and post-judgment interest as allowed by law,

(c) for costs of suit; and

(d) for such other and further relief as this Court deems just and proper.

Signed on May 26, 2026

By:_____

Todd R. Bartos, Esq. (ID# 84279)
THE BARTOS GROUP, LLC
630 Janet Ave., Ste. A100
Lancaster, PA 17601
Ph: 717-514-1491
Email: todd@tbg-llc.com
Attorney for Plaintiff